# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ROSHAUN JONES,                          )
                                        )
    Plaintiff,          )
                                        )
v.                                      )    Case No. CIV-25-1013-G
                                        )
OKLAHOMA BOARD OF COUNTY                )
COMMISSIONERS et al.,                   )
                                        )
    Defendants.         )

## ORDER

Plaintiff Roshaun Jones, a state prisoner appearing pro se, initiated this federal civil rights action on September 5, 2025. *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On September 29, 2025, Judge Erwin issued a Report and Recommendation ("R. & R.," Doc. No. 5) recommending that this action be dismissed on screening pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted.

Plaintiff filed a timely Objection to the R. & R. *See* Doc. No. 6. Pursuant to controlling authority, the Court reviews de novo the portions of the R. & R. to which specific objections have been made. *See United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

In his Objection, Plaintiff does not dispute the findings and conclusions of the R. & R. Plaintiff requests leave to file an amended complaint, however, arguing that he is now

in possession of discovery that will "make his claims stronger" and allow him to pinpoint "who did what" to "violate[] [Plaintiff's] rights under 42 U.S.C. [§] 1983." Pl.'s Obj. at 2.

Having reviewed Plaintiff's contentions, the Court finds that Plaintiff should be permitted an opportunity to amend his pleading. Plaintiff is advised that any attempt to continue with this litigation will be subject to the requirements of the federal and local civil rules, as well as any applicable screening requirement of 28 U.S.C. § 1915A.

CONCLUSION

Accordingly, the reasoning of the Report and Recommendation (Doc. No. 5) is ADOPTED. The Court declines to dismiss this matter at this time.

The Clerk of Court is directed to send a Pro Se Prisoner Civil Rights Complaint form to Plaintiff. Plaintiff may file an amended complaint within twenty-one (21) days of the date of this Order.

Plaintiff's Motion to Expedite (Doc. No. 8) is DENIED AS MOOT.

IT IS SO ORDERED this 2nd day of June, 2026.

_____
CHARLES B. GOODWIN
United States District Judge