**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROSHAUN JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-25-1013-G** |
| | ) | |
| **OKLAHOMA BOARD OF COUNTY** | ) | |
| **COMMISSIONERS et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

Plaintiff Roshaun Jones, a state prisoner appearing pro se, initiated this federal civil rights action on September 5, 2025. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On July 9, 2026, Judge Erwin issued a Report and Recommendation (Doc. No. 13) recommending that this action be dismissed on screening pursuant to 28 U.S.C. § 1915A for failure to state a claim upon which relief can be granted.

In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object by July 27, 2026. *See id.* at 7. Judge Erwin further advised that failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. *See id.*

Plaintiff did not file an objection to the Report and Recommendation or request additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 13) is ADOPTED in its entirety.

Plaintiff's Amended Complaint (Doc. No. 10) is DISMISSED WITHOUT PREJUDICE. A separate judgment shall be entered.

IT IS SO ORDERED this 24th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge